**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF**
**FLORIDA TAMPA DIVISION**

NICHOLAS BOHN; NATASHA MCCORMICK;
AND ERIC WECKMAN, individually and on behalf
of all others similarly situated,

      Plaintiffs,

v.                               No. 8:16-cv-02724-JDW-JSS

THE MOSAIC COMPANY and MOSAIC
FERTILIZER, LLC,

      Defendants.
_____ /

## <u>NOTICE OF COMPLIANCE</u>

      Pearl Robertson hereby gives notice of compliance with this Court's Order granting her

admission *pro hac vice*, [D.E. 17] and with Local Rule 2.02(a), by completing her CM/ECF

registration and filing this Notice of Compliance.


Dated: October 25, 2016         Respectfully submitted,


                      <u>s/Pearl Robertson</u>
                      Pearl Robertson (admitted *pro hac vice*)
                      Weitz & Luxenberg, P.C.
                      700 Broadway
                      New York, NY 10003
                      T: 212-558-5991
                      probertson@weitzlux.com
                      *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 25th day of October, 2016, I filed a true and correct copy of the foregoing through the Clerk's CM/ECF system, which will serve a notice of electronic filing to all parties of record.

s/Pearl Robertson_____
Attorney